# United States District Court

## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 16 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Antoine Reginald Warner | Case Number: 4:00CR00254-02 GH |

Name of Sentencing Judicial Officer:   Honorable George Howard, Jr.
                                        United States District Judge

Offense:   Armed bank robbery

Date of Sentence:   September 18, 2001

Sentence:   70 months Bureau of Prisons, 4 years supervised release, mandatory drug screens, substance abuse treatment, and $100 special penalty assessment

July 3, 2002: Sentence amended to time served, 4 years supervised release, 6 months home confinement with electronic monitoring, substance abuse treatment, mandatory drug testing, and $100 special penalty assessment

September 13, 2004: Supervised release modified to include mental health counseling

July 28, 2005: Supervised release revoked, 6 months Bureau of Prisons, 3 years supervised release, mandatory drug screens, substance abuse treatment, anger management counseling, mental health counseling, and submit to DNA collection

| | |
|---|---|
| Type of Supervision: Supervised release | Date Supervision Re-commenced: December 27, 2005<br>Expiration Date: December 26, 2008 |
| Asst. U.S. Attorney: Linda Lipe | Defense Attorney: Jerome Kearney |

U.S. Probation Officer: Chirie Grimes
Phone No.: 501-604-5244

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

   Defendant to be placed in a residential re-entry center (City of Faith) for a period of six (6) months.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Antoine Reginald Warner        Case Number: 4:00CR00254-02 GH

## CAUSE

Mr. Warner has failed to report for drug testing on June 2 and 13, July 25, September 19 and 27, October 17, 24, 26, and 31, 2006. He submitted drug screens that were confirmed positive for marijuana by Kroll Laboratories on August 1, 11 and 17; September 17, and October 17, 2006. Mr. Warner submitted a positive drug screen for marijuana on November 14, 2006, and he signed an admission of drug use form that he used marijuana on November 11, 2006. Mr. Warner was verbally reprimanded and instructed to report for drug testing per code-a-phone as directed.

On September 13, 2004, Mr. Warner's conditions of supervised release were modified to include mental health counseling after he submitted three urine samples found to contain marijuana metabolite, failure to report contact with law enforcement, and submitting four diluted urine samples. On January 6, 2005, Mr. Warner successfully completed outpatient substance abuse counseling with Family Service Agency. On March 12, 2004, Mr. Warner was involved in a domestic battery incident and failed to notify the probation office. He was required to participate in anger management classes, and he successfully completed the classes on January 6, 2005.

On June 28, 2005, Mr. Warner's supervision was revoked due to unlawful use of a controlled substance, providing false answers to inquires by the probation officer and failure to follow the instructions of the probation officer. He was sentenced to the Bureau of Prisons for six months with three years of supervision to follow, mandatory drug screens, substance abuse treatment, anger management counseling, mental health counseling, and submit to DNA collection.

On May 12, 2006, the Court was notified of Mr. Warner's termination from substance abuse counseling at Family Service Agency as a result of his failure to engage in treatment. In addition, he failed to report for drug testing on April 5, 11, and 25, 2006. No action was taken and Mr. Warner was verbally reprimanded and instructed to continue reporting for code-a-phone drug testing as directed.

Contact was made with Assistant Federal Public Defender Jerome Kearney on November 14, 2006, and he agreed with the modification.

Chirie Grimes
U.S. Probation Officer

Date: November 15, 2006

Linda Lipe
Assistant U.S. Attorney

Date: 11-16-06

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*George Howard, Jr.*
Signature of Judicial Officer

*November 16, 2006*
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

*Alan Schornel*
Supervising U.S. Probation Officer

CLG/jkr

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant to be placed in a residential reentry center (City of Faith) for a period of six (6) months.

Witness: _____    Signed: _____
U.S. Probation Officer                                Probationer or Supervised Releasee

11-14-06
DATE